CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JAN BUDDINGH, JR. (SBN: 113740)
jbuddingh@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, Ca 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Attorney for Defendants
K.B. & Son INC. and Jai Shree Krishna LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>K.B. & SON, INC., a California Corporation; JAI SHREE KRISHNA LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 3:21-CV-01544-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 14, 2021        CENTER FOR DISABILITY ACCESS

                                 By:   /s/Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff

Dated: September 14, 2021        GORDON REES SCULLY
                                 MANSUKHANI, LLP

                                 By:   /s/Jan Buddingh, Jr.
                                       Jan Buddingh, Jr.
                                       Attorney for Defendants
                                       K.B. & Son INC. and
                                       Jai Shree Krishna LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jan Buddingh, Jr., counsel for K.B. & Son INC. and Jai Shree Krishna LLC, respectively, and that I have obtained Jan Buddingh, Jr. authorization to affix his electronic signature to this document.

Dated: September 14, 2021        CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff